IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ALAI P. KOLOI, | ) | CIV NO 13-00252 LEK-RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 3, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 14, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge